# Court of Appeals
# of the State of Georgia

ATLANTA, November 29, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0572. THE STATE v. CHARLES E. HATLEY.**

In this pending criminal proceeding, the trial court denied the State's motion to compel testimony on June 28, 2022. The State filed a motion for reconsideration, which the trial court denied on September 9, 2022. That same day, the State filed a notice of appeal. We lack jurisdiction.

Pretermitting whether the State correctly asserts that it is authorized to bring this direct appeal under OCGA § 5-7-1 (a) (5), a notice of appeal filed pursuant to this Code section must be filed within two days of the trial court's ruling. See OCGA § 5-7-1 (a) (5) (A). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court. *State v. Thompson*, 152 Ga. App. 5, 5 (262 SE2d 214) (1979). Here, the State filed its notice of appeal 73 days after the trial court denied its motion to compel testimony. Although the State filed a motion for reconsideration, the denial of a motion for reconsideration is not appealable in its own right and does not extend the time for filing a notice of appeal. See *State v. White*, 282 Ga. 859, 860 (1) (655 SE2d 575) (2008). Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/29/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.